FILED
CLERK, U.S. DISTRICT COURT

January 18, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL NASRIN YOUSEFMORROWATTI, <br><br> Plaintiff, <br><br> v. <br><br> DAVITA HEALTHCARE PARTNERS, INC., and TOTAL RENAL CARE, INC., <br><br> Defendants. | Case No. 2:15-CV-05225-SJO (PJWx) <br><br> [PROPOSED] JUDGMENT |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

\\LA - 037987/000025 - 1639541 v1

[PROPOSED] JUDGMENT

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that this matter came before the Court upon the Motion of Defendants DaVita Healthcare Partners, Inc. and Total Renal Care, Inc. ("DaVita") to Dismiss the Second Amended Complaint in the above-captioned matter (the "Motion"). (Dkt. 75.) For the reasons set forth in the Court's Minute Order dated January 6, 2017 (Dkt. 82), the Court granted the Motion and dismissed the Second Amended Complaint without leave to amend.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. Judgment is entered against Plaintiff and in favor of DaVita on each claim alleged in the Second Amended Complaint;

2. The Clerk is hereby directed to enter judgment in favor of DaVita;

3. Plaintiff shall take nothing by the Second Amended Complaint; and

4. DaVita, as the prevailing party, is entitled to recover its costs of suit pursuant to Rule 54 of the Federal Rules of Civil Procedure and Rules 54-1 *et seq.* of the Civil Local Rules.

Dated: _____January 18, 2017_____      _____
                                          Hon. S. James Otero
                                          District Court Judge